**Roger A. TELLMAN, Appellant,**

v.

**Patricia Joy WELLMAN, Respondent.**

No. WD 74548.

Missouri Court of Appeals, Western District.

Nov. 20, 2012.

F. Randall Waltz, III, Jefferson City, MO, for appellant.

Joseph M. Page, Jefferson City, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART and KAREN KING MITCHELL, Judges.

### ORDER

PER CURIAM.

Roger Tellman (Husband) appeals from the circuit court's judgment dissolving his marriage to Patricia Wellman (Wife). Husband contends the court erred in classifying certain property as marital and non-marital and in dividing the marital property disproportionately in favor of Wife. He also alleges the court erred in denying his motion to reopen the evidence. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).